UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA MONTOYA RAMIREZ-SANTIAGO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>AXIS RESIDENTIAL W/ AFFINITY SENIOR )<br>APARTMENTS *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 24-00835 (UNA) |

**MEMORANDUM OPINION**

This action, brought *pro se*, is before the Court on review of Plaintiff's "Complaint for a Civil Case Alleging Negligence (28 U.S.C. § 1332; Diversity of Citizenship)" and application for leave to proceed *in forma pauperis*. The Court will grant the application and dismiss the case.

Plaintiff, a resident of New York, has sued entities in Spokane, Washington; Columbia, Maryland; San Francisco, California; and Charleston, Illinois, asserting that the "amount of controversy is at 5 trillion USD[.]" Compl., ECF No. 1 at 1-4. The complaint is a jumble of meaningless words. *See id*. at 4 (Statement of Claim and Relief sections). Federal courts "are without power to entertain claims otherwise within their jurisdiction if," as here, "they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous[.]" *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) (internal quotation marks and citations omitted). Therefore, this case will be dismissed by separate order.

Date: April 19, 2024

_____/s/_____
TANYA S. CHUTKAN
United States District Judge